### BYRD *v.* THE STATE.

This case being for decision by the entire court of six Justices, who are equally divided in opinion, Hill, Gilbert, and Hines, JJ., favoring affirmance of the judgment refusing a new trial, and Russell, C. J., Beck, P. J., and Atkinson, J., being in favor of a reversal, the judgment of the trial court stands affirmed by operation of law.

No. 7205. JANUARY 17, 1930. REHEARING DENIED FEBRUARY 22, 1930.

*S. F. Memory, H. L. Causey, A. J. Tuten,* and *T. J. Townsend,* for plaintiff in error.

*George M. Napier, attorney-general, A. B. Spence, solicitor-general,* and *T. R. Gress, assistant attorney-general,* contra.